```
 1  LAW OFFICE OF GREGORY P. CAVAGNARO          THE HONORABLE PAUL B. SNYDER
    GREGORY P. CAVAGNARO, WSBA No. 17644        Chapter 7
 2  2100 116th Avenue NE                        Courtroom H
    Bellevue, WA 98004                          Hearing Date: Tuesday, November 23, 2010
 3  (425) 452-1400 (t)                          Hearing Time: 9:00 a.m.
                                                Response Date: Tuesday, November 16, 2010
 4                                              Continued Hearing Date: Nov. 29, 2010
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:                        )   CASE NO. 10-44558
                              )
Hassen, Elijah A.,            )   ORDER CHANGING VENUE
                              )
           Debtor.            )
                              )

FILED
Western District of Washington
at Tacoma
NOV 29 2010
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

THIS MATTER having come on before the undersigned Bankruptcy Judge on Chapman's Motion for Change of Venue, and the Court, having considered Chapman's motion, finds and concludes that notice is appropriate under the circumstances, and that the relief requested should be granted. Now, therefore, it is hereby

ORDERED that Debtor's involuntary Chapter 7 bankruptcy proceeding shall be TRANSFERRED to the Eastern Division of the Northern District of Illinois; and it is further

ORDERED that the Clerk of the Court of the Tacoma Division of the Western District of Washington is authorized to coordinate the transfer with the Clerk of the Court of the Eastern Division of the Northern District of Illinois.

NOV 2 9 2010

_____
The Honorable Paul B. Snyder
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

ORDER CHANGING VENUE - 1

LAW OFFICE OF GREGORY P. CAVAGNARO
2100 116TH AVENUE NE
BELLEVUE, WA 98004
TELEPHONE (425) 451-1400

96

Case 10-44558-PBS    Doc 25    Filed 11/28/10    Entered 11/28/10 22:54:16    Page 1 of 2
Case 10-44558-PBS    Doc 27    Filed 11/29/10    Entered 11/29/10 10:54:01    Page 1 of 2

1 | Presented by:

2 | LAW OFFICE OF GREGORY P. CAVAGNARO

3 | /s/ Gregory P. Cavagnaro

4 | Gregory P. Cavagnaro, WSBA No. 17644
Counsel for Petitioning Creditor Jean M. Chapman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CHANGING VENUE - 2

LAW OFFICE OF GREGORY P. CAVAGNARO
2100 116TH AVENUE NE
BELLEVUE, WA 98004
TELEPHONE (425) 451-1400

Case 10-44558-PBS    Doc 25    Filed 11/28/10    Entered 11/28/10 22:54:16    Page 2 of 2
Case 10-44558-PBS    Doc 27    Filed 11/29/10    Entered 11/29/10 10:54:01    Page 2 of 2

97